UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

CHRISTINA G. SCHMIDT, )
)
        Plaintiff, )
)   Case No. 4:18-cv-00108-SEB-DML
v. )
)
LIFE INSURANCE COMPANY OF NORTH )
AMERICA , )
)
        Defendants. )
)

## ORDER

THIS CAUSE coming to be heard on the Stipulation for Dismissal of the Parties, and

the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby

dismissed in its entirety with prejudice, each party to bear their own costs.

SO ORDERED this ____20th____ day of __December_____, 2018.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:
All counsel of record

1

302807159v1 1011093